THE S. C. BECKWITH SPECIAL AGENCY v. ROSSLYN M. COX.— Motion to dismiss appeal granted, unless appellant procure appellant's points to be served

and filed on or before April 15, 1925, and notice of argument and note of issue to be served and filed for April 30, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.